**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**HELENA CHEMICAL COMPANY** **PLAINTIFF**

**v.** **No. 3:16-cv-230-DPM**

**BRIAN ROEDEL and STACY ROEDEL** **DEFENDANTS**

**ORDER**

**1.** Helena Chemical Company seeks judgment against Brian and Stacy Roedel for breach of contract. Brian Roedel took out a commercial credit line with Helena Chemical in early 2014, and personally guarantied payment. Using the line, he bought agricultural inputs from Helena Chemical. He defaulted. The unpaid principal amount was $307,459.13; finance charges of $43,879.06 also accrued. *№ 1 at 9.* After Helena Chemical demanded payment, Brian and Stacy executed a note agreeing to pay the total amount due ($351,338.19), as well as interest on the principal, by April 2016. The Roedels haven't made any payments on the note. And interest, which started on 26 October 2015, continues to accrue at six percent per year.

Helena Chemical sued and properly served the Roedels in September 2016. *№ 2 & 3.* They haven't answered or otherwise responded. The Clerk

entered a default, *№ 6*, and Helena Chemical now seeks a default judgment and costs.

**2.** Helena Chemical's motion is granted. No hearing is needed—the amount of liability is clear from the record facts. FED. R. CIV. P. 55(b)(2); *Taylor v. City of Ballwin, Missouri*, 859 F.2d 1330, 1333 (8th Cir. 1988). The amount due on the note as of 15 October 2016 was $369,280.33. And interest has accrued on the underlying principal amount—$307,459.13—at $50.54 per day. *№ 7-1 at* 2. Adding the interest accrued over the 59 days since 15 October 2016, the grand total is $372,262.26 as of today.

Helena Chemical also seeks attorney's fees of $1,693.50. The time spent, work done, and hourly rates were all reasonable. The total fees request is approved. And Helena Chemical's motion for $400.00 (the filing and administrative fees) in costs is granted. FED. R. CIV. P. 54(d); 28 U.S.C. § 1920.

**3.** The Court will enter judgment for Helena Chemical Company for $372,262.26, an attorney's fee of $1,693.50, costs of $400.00, and post-judgment interest as allowed by 28 U.S.C. § 1961.

* * *

Motions, *№ 7 & 9*, granted.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

13 December 2016