IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HELENA CHEMICAL COMPANY**                               PLAINTIFF

v.                     No. 3:16-cv-230-DPM

**BRIAN ROEDEL and STACY ROEDEL**                         DEFENDANTS

## JUDGMENT

The Court enters Judgment for Helena Chemical Company and against Brian Roedel and Stacy Roedel, jointly and severally, for $372,262.26, plus an attorney's fee of $1,693.50 and costs of $400.00. Post-judgment interest will accrue at 0.84% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b).

_____
D.P. Marshall Jr.
United States District Judge

13 December 2016