IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HELENA CHEMICAL COMPANY     PLAINTIFF

v.     No. 3:16-cv-230-DPM

BRIAN ROEDEL and STACY ROEDEL     DEFENDANTS

BANK OF AMERICA; REGIONS BANK;
FIRST NATIONAL BANK; and
FARM CREDIT MIDSOUTH     GARNISHEES

ORDER

Garnishee First National Bank, Paragould, Arkansas, is discharged.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

5 April 2017